(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dombek, Mark** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 0837 | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D.No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>69 Grant Circle Apt. B<br>Streamwood, IL 60107 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|
| [✓] Individual(s)    [ ] Railroad<br>[ ] Corporation     [ ] Stockbroker<br>[ ] Partnership      [ ] Commodity Broker<br>[ ] Other_____ [ ] Clearing Bank | [✓] Chapter 7      [ ] Chapter 11    [ ] Chapter 13<br>[ ] Chapter 9      [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[✓] Consumer/Non-Business    [ ] Business | **Filing Fee** (Check one box)<br>[✓] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). S |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
[✓] Debtor estimates that, after any exempt property is excluded and administrative expenses be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [✓] | 16-49 [ ] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000- [ ] |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [✓] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,000,001 to $100 mill [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [✓] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,000,0 $100 mil [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/16/2005  10/14/05 MH
Time: 11:55:35
Debtor: MARK DOMBEK
Case: 05-61545
Fee : 209
Chapter: 7    Rec. # : 3142462
Judge: John Squires
341 mtg: 03/28/2006 @ 03:00PM
Trustee: DAVID GROCHOCINSKI
1:05BK61545-BK001

(Official Form 1) (12/03)      FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Mark Dombek
Signature of Debtor

X _____
Signature of Joint Debtor

(630) 289-3267
Telephone Number (If not represented by attorney)

10/13/05
Date

X  /s/ [signature]
Signature of Attorney for Debtor(s)

DAVID M. LAZ
Printed Name of Attorney for Debtor(s)

Firm Name
32 W BURLINGTON
Address  WESTMONT IL 60559
630-769-0120
Telephone Number
10/14/05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## LIST OF CREDITORS
## MARK DOMBEK

Account No. 020388
Midtown Physicians, S.C.
6538 W. Cermak road
P. O. Box 577
Berwyn, Il. 60402

Account No. 16097
Metropolitan Advanced Rad Srvc.
135 S. LaSalle St
Dept. 1362
Chicago, Il. 60674-1362

Account No. 4802132258785578
United Recovery systems
P.O. Box 772929
Houston, Tx. 77272-2929

Account No. 50059210
Great Lakes Credit Union
2525 Green Bay Road
North Chicago, Il. 60064

Account No. 4264294111109750
True Logic Financial corp.
10000 E. Geddes Ave.
Suite 100
Englewood, Co. 80112

Account No. 32449118
MacNeal Hospital
C/o CB Accounts, Inc.
Dept. 0102
P. O. Box 50
Arrowsmith, Il. 61722-0050

Account No. 5424180129159551
Citicorp Credit Services
C/o Alliance One
1160 Centre Point Dr.
Suite 1
Mendota Heights MN. 55120

Account No. 5183374109011213
Chase Bank
C/O Resurgence Financial LLC
4100 Commerical Ave.
Northbrook, Il. 60062