**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DOMBEK, MARK<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-61545 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DUPAGE COUNTY COURTHOUSE
          505 N. COUNTY FARM ROAD, ROOM 2000
          WHEATON, ILLINOIS 60187

    On:   **October 26, 2007**
    At:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                               $         9,921.71

    b. Disbursements                          $             8.63

    c. Net Cash Available for Distribution    $         9,913.08

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,742.17 | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $56.32 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,300.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $870.00 |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $12,611.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 28.50%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | GREAT LAKES CREDIT UNION | $ 12,611.36 | $ 3,594.59 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of

Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of debtor, security deposit, books, IRA and 1997 GMC Truck

Dated: **October 3, 2007**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                  CHAPTER 7 CASE
DOMBEK, MARK

CASE NO. 05B-61545 JS

JUDGE JOHN SQUIRES

Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $ 1,742.17 |
| 2. | Trustee's expenses | $ 100.00 |
| | TOTAL | $ 1,842.17 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 3,300.00 |
| | b. Expenses | $ 56.32 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 870.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses      $    0.00

3.     Other Professionals

           TOTAL      $    4,226.32

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

           ENTERED _____
                    JOHN SQUIRES
                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                 User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 03, 2007
Case: 05-61545                       Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Oct 05, 2007.
db           +Mark Dombek,   69 Grant Circle Apt B,    Streamwood, IL 60107-6690
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski, Grochccinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David M. Laz,    32 West Burlington Avenue,    Westmont, IL 60559-1878
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
10621281     +Brendan J Baresford MD,    6538 W Cermak Rd,    Bewyn. IL 60402-2899
10621282      Capital One Services,    PO Box 85015,   Richmond, VA 23285-5015
10621285      Capital One Visa,    PO Box 790217,   St Louis, MO 63179-0217
10414638     +Chase Bank,   c/o Resurgence Financial LLC,    4100 Commercial Ave,    Northbrook, IL 60062-1833
10414637     +CitiCorp Credit Services,    c/o Alliance One,    1160 Centre Point Dr Ste 1,
               Mendota Heights, MN 55120-1270
10621283     +Citibank-ANBS,    c/o Alliance One,    1160 Centre Point Dr,    Mendota Heights, MN 55120-1270
10621284     +Continental Electrical Co,    5900 Howard,    Skokie, IL 60077-2627
10621286      Great Lake Visa,    8325 Innovation Way,    Chicago, IL 60682-0083
10414634     +Great Lakes Credit Union,    2525 Green Bay road,    North Chicago, IL 60064-3082
10621290     +MBNA,    c/o True Logic Corp,    10000 E Geddes Ave,    Englewood, CO 80112-3680
10621287     +Macneal Emergency Phys LLP,    75 Remit Dr # 11209,    Chicago, IL 60675-0001
10414636      Macneal Hospital,    c/o CB Accounts Inc,    Dept 0102,    PO Box 50,    Arrowsmith, IL 61722-0050
10621289     +Macneal Hospital,    c/o CB Accounts Inc,    1101 Main St,    Peoria, IL 61606-1928
10621288      Macneal Hospital,    2384 Paysphere Circle,    Chicago, IL 60674-2384
10414632      Metropolitan Advanced Rad Service,    135 S LaSalle St,    Dept 1362,    Chicago, IL 60674-1362
10414631     +Midtown Physicians SC,    6538 W Cermak Road,    PO Box 577,    Berwyn, IL 60402-0577
10621291     +Oakbrook Psychiatric,    PO Box 241,    Western Springs, IL 60558-0241
10414635     +True Logic Financial Corp,    10000 E Geddes Ave,    Ste 100,    Englewood, CO 80112-3681
10414633     +United Recovery Systems,    PO Box 772929,    Houston, TX 77215-2929
10621292      Waste Management,    780 N Kirk Rd,    Batavia, IL 60510-1475

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                              **Signature:** *Joseph Speetjens*